**STATEMENT OF FACTS**

On Wednesday, August 14, 2019, members of the Metropolitan Police Department (MPD), Fifth District, Crime Suppression Team (CST) drove into the 1000 block of 17th Place Northeast in Washington, D.C., when they observed a group of individuals with open containers of alcohol in the block.

As officers approached the group, they observed a black male without a shirt on (Defendant Felton Pierce). Officer Marsh observed Defendant Pierce with a bulge in his front waist area that was inconsistent with human anatomy. Officer Nguyen asked Defendant Pierce for verbal consent for officers to conduct a pat down of his person for weapons. Defendant Pierce gave verbal consent. Officer Nguyen felt a metallic object in the groin area of Defendant Pierce, immediately recognizing it as a firearm. Defendant Pierce was detained. Officer Amengual recovered a firearm from the front waist area of Defendant Pierce. Defendant Pierce was placed under arrest.

The firearm was determined to be a black in color, Glock, .40 caliber, model 23, with a serial number of CXX807, loaded with one (1) round in the chamber and nine (9) rounds in a thirteen (13) round capacity magazine.

A WALES/NCIC check of Defendant Pierce revealed he did not have a license to possess a firearm in the District of Columbia. Defendant Pierce has previously been convicted of a crime punishable by imprisonment for a term exceeding one year. A criminal history check of Defendant Williams through the National Crime Information Center confirmed that the defendant had a prior felony conviction in the Superior Court of the District of Columbia, Criminal Case No. 2010 CF2 6716 for Attempt Possession with Intent to Distribute. Before filing this complaint, the officer reviewed at least one computer printout of the defendant's criminal history and it showed that the defendant had been convicted of such crimes. There are no firearms manufactured in the District of Columbia.

_____
OFFICER TONY NGUYEN Badge 3607
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF AUGUST, 2019.

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE